FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 13  AM 12: 05

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CENTERLINK, INC. AND<br>EDWARD C. ST. LOUIS<br>  Plaintiffs | * * * * | CIVIL ACTION NO. 05-4144 |
| VERSUS | * * | JUDGE FALLON |
| LAKE CHARLES PC, L.P.<br>  Defendant | * * * | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing joint motion for stay,

**IT IS HEREBY ORDERED** that the motion is hereby **GRANTED**. This action is hereby stayed pending further orders from this Court.

New Orleans, Louisiana this 10th day of March, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X /Dktd_____
✓ CtRmDep_____
___ Doc. No._____